UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Desi Lerice Knight**  Docket No. 5:15-CR-194-1H

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Desi Lerice Knight, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on February 11, 2016, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Desi Lerice Knight was released from custody on August 5, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 21, 2019, the defendant submitted to urinalysis testing in accordance with the Surprise Urinalysis Program which returned from the laboratory positive for the presence of marijuana and cocaine use. When confronted with the result on December 2, 2019, the defendant admitted to smoking marijuana, but he denied using cocaine. The probation officer used cognitive behavioral interventions in an effort to assist the defendant in understanding how his thoughts affect his behaviors and consequences. The defendant's treatment requirements have also been increased as a result of the defendant's drug use. Rather than return to court, it is recommended the defendant's freedom of movement be limited while also allowing him to remain in the community by placing him on a curfew, with location monitoring, for a period not to exceed 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: December 4, 2019 |

Desi Lerice Knight
Docket No. 5:15-CR-194-1H
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 5th day of December, 2019, and ordered filed and made a part of the records in the above case.

*/s/ Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge