UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Desi Lerice Knight**     **Docket No. 5:15-CR-194-1H**

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Desi Lerice Knight, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 846 and 841(b)(1)(c), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on February 11, 2016, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Desi Lerice Knight was released from custody on August 5, 2019, at which time the term of supervised release commenced.

On December 5, 2019, the conditions of supervised release were modified to include a curfew, with location monitoring, for 30 days in response to the detected use of marijuana and cocaine by the defendant.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 14, 2020, the defendant submitted to urinalysis testing, and the result of the test was positive for the use of cocaine. The defendant denied using cocaine, but he acknowledged he would not be able to dispute the validity of the test. Additionally, the defendant has failed to submit to urinalysis testing in accordance with the probation office's Surprise Urinalysis Program on at least eight occasions. Rather than return to court for revocation proceedings, it is recommended the conditions of supervision be modified to include 24 hours of community service work. The defendant was also reprimanded for his choice to ignore his treatment and testing requirements, and he was warned that continued disregard for the conditions of supervision will likely result in a request by the probation officer to return to court for revocation proceedings. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Desi Lerice Knight
Docket No. 5:15-CR-194-1H
Petition for Action
Page 2

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: February 3, 2020

**ORDER OF THE COURT**

Considered and ordered this  4th  day of  February , 2020, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge